# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2026

Lyle W. Cayce
Clerk

No. 25-20439
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee,*

*versus*

Danial Starr,

*Defendant—Appellant.*

———————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-579-1

———————

Before Jones, Ho, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Danial Starr has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Starr has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20439

review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.